AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| VINETTA PARKER,<br><br>Appellant,<br><br>v.<br><br>PAUL A. SCHOFIELD, et al.,<br><br>Appellees. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: 4:25-cv-197 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 18, 2025, this case is dismissed without prejudice for failure to prosecute. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

November 18, 2-25
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020